MEMORANDUM OPINION


No. 04-07-00706-CR


Alonzo Guerra DE LA GARZA,

Appellant


v.


The STATE of Texas,

Appellee


From the 144th Judicial District Court, Bexar County, Texas

Trial Court No. 2006-CR-2474

Honorable Catherine Torres-Stahl, Judge Presiding



PER CURIAM

 

Sitting: Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice



Delivered and Filed: December 5, 2007


DISMISSED FOR WANT OF JURISDICTION


 It appears that appellant is attempting to appeal from an order modifying the terms of his
community supervision. The Legislature has not conferred the right to appeal from an order
modifying the conditions of community supervision. See Davis v. State, 195 S.W.3d 708, 710 (Tex.
Crim. App. 2006); Basaldua v. State, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, on
October 22, 2007, this court ordered appellant to show cause why this appeal should not be
dismissed for want of jurisdiction. No response has been received.

 This appeal is dismissed for want of jurisdiction.


 PER CURIAM


 

DO NOT PUBLISH